Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Matra Petroleum Operating , LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  PG-M International Operating, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4060145** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

|  |
|---|
| **Mailing address, if different from principal place of business** |

**708 Main St., Floor 9
Houston, TX 77002**
Number, Street, City, State & ZIP Code

**Harris**
County

**PO Box 3390
Borger, TX 79008**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
 **Borger, TX**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor **See Attachment** | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Matra Petroleum Operating , LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **Jul 31 2019**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Drew McManigle**
Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X  */S / Melissa A. Haselden*
Signature of attorney for debtor

Date  *July 31, 2019*
MM / DD / YYYY

**Melissa A. Haselden**
Printed name

**Hoover Slovacek LLP**
Firm name

**5051 Westheimer**
**Suite 1200**
**Houston, TX 77056**
Number, Street, City, State & ZIP Code

Contact phone  **713.977.8686**    Email address  **haselden@hooverslovacek.com**

**00794778 TX**
Bar number and State

Debtor **Matra Petroleum Operating , LLC**
Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (*if known*) _____     Chapter    **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Matra Petroleum Oil & Gas, LLP** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **7/31/19** | Case number, if known | |
| Debtor | **Matra Petroleum USA, Inc.** | | Relationship to you | | **Parent** |
| District | **Southern District of Texas** | When | **7/31/19** | Case number, if known | |
| Debtor | **Matra Terra, LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Texas** | When | **7/31/19** | Case number, if known | |

## WRITTEN CONSENT OF THE MANAGER
## OF MATRA PETROLEUM OPERATING, LLC

The undersigned, being the Manager of Matra Petroleum Operating, LLC, a Texas limited liability company (the "Company"), and pursuant to the provisions of the Texas statutes and Company Agreement, hereby consents to the adoption of the following resolutions and to the action authorized in such resolutions being taken by the Manager in lieu of a meeting thereof:

**RESOLVED**, that the Company should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

**RESOLVED**, that that MACCO Restructuring Group, LLC, is authorized to act as Financial Advisor and Drew McManigle is designated as Chief Restructuring Officer of the Company ("Company Representative") and is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings and other others instruments necessary to prosecute the Bankruptcy Case;

**RESOLVED**, that the Company is authorized and directed to employ and retain the firm of Hoover Slovacek LLP, Attorneys at Law, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the Company Representative or Manager to be appropriate; and

**RESOLVED FURTHER**, that any and all actions taken by the Company Representative or Manager, for and on behalf and in the name of this Company, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

The undersigned, being the Manager of the Company hereby consents to the foregoing effective the _____ day of July, 2019.

**MATRA PETROLEUM OPERATING LLC,**
**a Texas limited liability company**

By: _____
Maxim Barsky, Manager

| | |
|---|---|
| Debtor name | **Matra Petroleum Operating , LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **B BROTHERS WELL SERVICE PO BOX 2453 PAMPA, TX 79065** | | **Vendor** | | | | $112,808.02 |
| **BASIC ENERGY SERVICES LP PO BOX 841903 DALLAS, TX 75284-1903** | | **Vendor** | | | | $152,805.03 |
| **BEAGLE STEAM SERVICE INCORPORATED PO BOX 3416 BORGER, TX 79008** | | **Vendor** | | | | $32,108.17 |
| **Bentley Dirt Service, Inc. Stinnett, TX 79083** | | **Vendor** | | | | $23,475.00 |
| **Cloverleaf Lube Center 701 W. Wilson Borger, TX 79008** | | **Vendor** | | | | $25,929.93 |
| **COMAC WELL SERVICE INC PO BOX 5141 BORGER, TX 79008** | | **Vendor** | | | | $114,636.48 |
| **DJ'S WELL SERVICE & ROUSTABOUT INC PO BOX 1160 BORGER, TX 79008** | | **Vendor** | | | | $27,728.43 |
| **DON-NAN PUMP & SUPPLY P.O. Box 11367 Midland, TX 79702** | | **Vendor** | | | | $150,749.59 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Duke Drilling Co., Inc. P.O. Box 823 Great Bend, KS 67530-0823 | | Vendor | | | | $17,000.00 |
| Gravity Oilfield Services PO BOX 734128 Dallas, TX 75373-4128 | | Vendor | | | | $24,540.30 |
| MDW Power Systems P.O. Box 690365 Houston, TX 77269 | | Vendor | | | | $16,100.00 |
| MIDWEST COMPRESSOR SYSTEMS LLC P.O. BOX 1381 PAMPA, TX 79066-1381 | | Vendor | | | | $22,000.50 |
| Pioneer Wireline Services, LLC P.O. Box 202567 Dallas, TX 75320-2567 | | Vendor | | | | $33,380.00 |
| PLAINS MUD SERVICES, LLC 2004 N. RUSSELL STREET PAMPA, TX 79065 | | Vendor | | | | $18,987.00 |
| Porter Hedges PO BOX 4346 Houston, TX 77210-4346 | | Vendor | | | | $85,486.22 |
| PRODUCTION SYSTEMS SALES & SERVICE INC. 9911 N HWY 14-16 GILLETTE, WY 82717 | | Vendor | | | | $56,620.88 |
| RED RIVER COMPRESSION PO BOX 690365 HOUSTON, TX 77269-0365 | | Vendor | | | | $27,641.50 |
| Travelers CL Remittance Center P.O. Box 660317 Dallas, TX 75266-0317 | | Vendor | | | | $73,784.45 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRIANGLE WELL SERVICE CO PO BOX 1159 PAMPA, TX 79066** | | **Vendor** | | | | **$42,817.05** |
| **Vladimir Lenskiy 969 North St. Greenwich Greenwich, CT 06831** | | **Pending Litigation** | **Contingent Unliquidated Disputed** | | | **$2,476,039.49** |

# United States Bankruptcy Court
## Southern District of Texas

In re    **Matra Petroleum Operating , LLC**

                      Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: July 31, 2019

**Drew McManigle/Chief Restructuring Officer**
Signer/Title

Texas Workforce Commission
Bankruptcy Section
P O Box 149080
Austin, TX 78714-9080


Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P O Box 12548
Austin, TX 78711-2548


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service - Houston
Insolvency Section
1919 Smith MAIL STOP HOU 5022
Houston, TX 77002


708 Main St. Tenant LLC
708 Main
Houston, TX 77002


708 Main St. Tenant LLC (WeWork)
708 Main
Houston, TX 77002


Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562


AIRGAS USA LLC
PO BOX 676015
DALLAS, TX 75267-6015

Amarillo Motor-F Ltd
3400 South Soncy
Amarillo, TX 79121


Ansel Family Farm Stores
501 N. Dumas Ave
Dumas, TX


ATT Acct.# 806 274 9517 663 1


B & G ELECTRIC CO
PO BOX 759
PAMPA, TX 79066


B BROTHERS WELL SERVICE
PO BOX 2453
PAMPA, TX 79065


Baker Hughes
PO Box 301057
Dallas, TX 75303-1057


BASIC ENERGY SERVICES LP
PO BOX 841903
DALLAS, TX 75284-1903


BEAGLE STEAM SERVICE INCORPORATED
PO BOX 3416
BORGER, TX 79008

Bentley Dirt Service, Inc.
Stinnett, TX 79083


Billy Dielen Welding



BJB Transport LLC
P.O. Box 263
Woodson, TX 76491


BURNETT RANCHES LLC
801 CHERRY ST, STE 1500
FORT WORTH, TX 76102-6869


C F SERVICE & SUPPLY LLC
PO BOX 1385
LIBERAL, KS 67905-1385


C&J Well Services Inc.
PO BOX 975682
Dallas, TX 75397-5682


Canon Financial Service
14904 Collections Center Dr.
Chicago, IL 60693-0149


CITY OF SUNRAY
415 MAIN STREET
P.O. Box 250
SUNRAY, TX 79086

Cloverleaf Lube Center
701 W. Wilson
Borger, TX 79008


Clyde Barker Jr.
P.O. Box 5586
Borger, TX 79008


CODY COMPRESSOR AND MACHINE
P.O. BOX 5478
BORGER, TX 79008


COMAC WELL SERVICE INC
PO BOX 5141
BORGER, TX 79008


CRACKLIN J RANCH LLC
PO BOX 467
BORGER, TX 79008


D&K Oilfield Services, LLC
830 South Country Estates
Liberal, KS 67901


DCP MIDSTREAM LP
PO BOX 301189
DALLAS, TX 75303-1189


DEALERS ELECTRICAL SUPPLY CO
PO BOX 2535
WACO, TX 76702-2535

DISA Global Solutions
Dept 3731
P.P. Box 123731
Dallas, TX 75312-3731


DJ'S WELL SERVICE & ROUSTABOUT INC
PO BOX 1160
BORGER, TX 79008


DON-NAN PUMP & SUPPLY
P.O. Box 11367
Midland, TX 79702


Duke Drilling Co., Inc.
P.O. Box 823
Great Bend, KS 67530-0823


E&P Services Group
1873 FM 1252 E
P.O. Box 1050
Kilgore, TX 75663-1050


ENERGY DEVICES OF TEXAS, INC.
PO BOX 206847
DALLAS, TX 75320-6847


Enterprise FM Trust
10401 Centerpark Dr.
Houston, TX 77043


ETC FIELD SERVICES LLC
P.O. BOX 209034
DALLAS, TX 75320-9034

FORD CREDIT
PO BOX 650575
DALLAS, TX 75265-0575


Fronk Oil Co. Inc
P.O. Box F
Booker, TX 79005


FRONTIER FUEL CO
PO BOX 128
DALHART, TX 79022


GAS ANALYTICAL SERVICES INC.
P.O. BOX 66900
CHICAGO, IL 60666-0900


Gravity Oilfield Services
PO BOX 734128
Dallas, TX 75373-4128


Gray County Appraisal District
815 N. Sumner Street
Pampa, TX 79065-5232


Gray County Appraisal District
P.O. Box 836
Pampa, TX 79066-0836


GUARDIAN ANGEL RESCUE SERVICES
1422 LANCELOT
BORGER, TX 79007

Hansford County Appraisal District
709 W. Seventh
Spearman, TX 79081-3407


Harris County et al
Tax Assessor-Collector
P O Box 4622
Houston, TX 77210-4622


Harris County, et al.
c/o Tara Grundemeier
Linebarger Attorneys At Law
4828 Loop Central Drive
Houston, TX 77081


HARVEY TIRE CO
PO BOX 1050
BORGER, TX 79008-1050


HEALTH CARE SERVICE CORPORATION
PO BOX 731428
DALLAS, TX 75373-1428


HOLMAN WELL SERVICE LLC
PO BOX 960
PAMPA, TX 79066-0960


Hutchinson County Tax Assessor
500 Main St., Suite 201
Stinnett, TX 79083


Infinisource Benefit Services
P O Box 737
Coldwater, MI 49036-0889

JOHN OATES CO INC
PO BOX 1189
STINNETT, TX 79083-1189


Just Energy
PO Box 650518
Dallas, TX


Kasey Denson
1859 Beach Rd
Bowie, TX


Kel-Tech, Inc.
20333 Blinka Road
Waller, TX 77484


LARGO GAS COMPRESSION, INC.
P.O. BOX 3403
LONGVIEW, TX 75606


M & M AUTO PARTS
330 N WEATHERLY
BORGER, TX 79007


M.C (RED) GIBBINS, INC.
P.O. BOX 632
BOWIE, TX 76230


Matra Petoleum USA, Inc.
708 Main 9th Floor
Houston, TX 77002

Matra Terra, LLC
708 Main St., Floor 9
Houston, TX 77002


MDW Power Systems
P.O. Box 690365
Houston, TX 77269


Medical Air Services Association
1250 S Pine Island RD- Ste 500
Plantation, FL 33324


Melody Business Finance, LLC
c/o Jennifer Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002


Melody Business Finance, LLC
60 Arch Street, 2nd Floor
Greenwich, CT 06830


MIDWEST COMPRESSOR SYSTEMS LLC
P.O. BOX 1381
PAMPA, TX 79066-1381


Montague County Tax Appraisal District
7549 State Hwy 175
Montague, TX 76251


Montague County Tax Appraisal District
P.O. Box 121
Montague, TX 76251

```
Moore County Tax Office
PO Box 616
500 S. Dumas Ave.
Dumas, TX 79029-0616


Mutual of Omaha
Payment Processing Center
P.O. Box 2147
Omaha, NE 68103-2147


NATIONAL OILWELL VARCO, LP (L857)
P.O. Box 973889
Dallas, TX 75397


NGS, INC
PO BOX 407
BORGER, TX 79008-9531


OOMA INC
525 ALMANOR AVE
SUNNYVALE, CA 94085


PAC & MAIL MAILING CENTER
305 NORTH COBLE
BORGER, TX 79007-4139


Panhandle Line Service


PANHANDLE ROUSTABOUT & OPERATING SRVCES
BOX 3394 - 326 CACTUS RD
STINNETT, TX 79083
```

PASON SYSTEMS USA CORP
7701 West Little York suite 800
Houston, TX 77040


PAYTON MACHINE & SUPPLY, INC.
PO BOX 387
BORGER, TX 79008-0387


Pioneer Wireline Services, LLC
P.O. Box 202567
Dallas, TX 75320-2567


Pitney Bowes Inc.
P.O. Box 371896
Pittsburgh, PA 15250-7896


PLAINS MUD SERVICES, LLC
2004 N. RUSSELL STREET
PAMPA, TX 79065


Porter Hedges
PO BOX 4346
Houston, TX 77210-4346


Principal Life Insurance Company
P.O. Box 10372
Des Moines, IA 50306-0372


PRODUCTION SYSTEMS SALES & SERVICE INC.
9911 N HWY 14-16
GILLETTE, WY 82717

Ray Mac Energy LLC
300 W 6th St. 1st Floor
Borger, TX 79007


RAY MAC ENERGY, LTD
PO BOX 1475
BORGER, TX 79008-1475


RED RIVER COMPRESSION
PO BOX 690365
HOUSTON, TX 77269-0365


Romines & Warner
PO Box 2077
Pampa, TX 79066


Shelby County Appraisal District
724 Shelbyville Street
Center, TX 75935


Sherman County Appraisal District
P.O. Box 239
Stratford, TX 79084-0239


Splish Splash Car Wash
702 N Quinn
Guymon, OK 73942


Sprint
PO Box 629023
El Dorado Hills, CA

Stephens County Tax Appraisal District
PO BOX 351
Breckenridge, TX 76424


TASCOSA OFFICE MACHINE INC
PO BOX 3548
AMARILLO, TX 79116-3548


Texas General Land Office
PO Box 12873
Austin, TX


Texas State Comptroller of Public Accts
111 E. 17th Street
Austin, TX 78774-0100


The Nut House
P.O. Box 5357
519 W 10th
Borger, TX 79007


Thurmond-McGlothlin LLC
PO BOX 2358
PAMPA, TX 79066-2358


TOP O'TEXAS OILFIELD SERVICES, LTD
PO BOX 2354
PAMPA, TX 79066-2354


Transzap, Inc
Dept 3597
P.O. Box 123597
Dallas, TX 75312-3597

Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317


TRIANGLE WELL SERVICE CO
PO BOX 1159
PAMPA, TX 79066


U. S. Department of Labour - WHD
P. O. Box 907
Albuquerque, NM 87103


UNIFIRST HOLDINGS INC
4210 SE 22ND AVE
AMARILLO, TX 79103


Verizon Wireless
PO Box 660108
Dallas, TX


Vladimir Lenskiy
969 North St. Greenwich
Greenwich, CT 06831


Vladimir Lenskiy
c/o Logan E. Johnson
Schiffer Hicks Johnson, PLLC
700 Louisiana, Suite 2650
Houston, TX 77002


Vladimir Lenskiy
c/o Misty Segura
Cokinos
1221 Lamar Stree, 16th Floor
Houston, TX 77010-3039

W-B SUPPLY COMPANY
PO Box 206620
Dallas, TX 75320-6620


WESTERN HOT OIL SERVICE INC
PO BOX 1107
PERRYTON, TX 79070


WEX FLEET UNIVERSAL
P. O. BOX 6293
CAROL STREAM, IL 60197-6293


WHITE'S MAGNETO & SUPPLY
1413 E WISE
P.O. BOX 485
BOWIE, TX 76230


XCEL ENERGY
PO BOX 9477
MPLS, MN 55484-9477


Zukowski Bresenhan & Piazza LLP
1177 West Loop South Suite 950
Houston, TX 77027